# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, | Civil Action<br>Case No. 04-CV-_____ |
| *Plaintiff* | |
| v. | |
| MARY & JOSEPHINE, CORP. | 04-10374 WGY |
| and | FILING FEE PAID<br>RECEIPT #_____<br>AMOUNT $_____<br>BY DPTY CLK_____<br>DATE_____ |
| MATTEO RUSSO, | |
| *Defendants* | |

### PLAINTIFF'S MOTION FOR ADMISSION OF LEONARD W. LANGER, ESQ., *PRO HAC VICE*

NOW COMES Plaintiff North American Specialty Insurance Company, by and through its counsel, and respectfully moves this Honorable Court for entry of an Order admitting Leonard W. Langer, Esq. to practice before this Court *Pro Hac Vice* in all matters relating to the action styled North American Specialty Insurance Company v. Mary & Josephine, Corp. and Matteo Russo. In support of this Motion, Plaintiff submits the Affidavit of Leonard W. Langer, Esq., in accordance with Local Rule 83.5.3(b).

Mr. Langer is an attorney at law presently admitted to practice and in good standing before the courts of the State of Maine, the United States District Court for the District of Maine, and the United States Court of Appeals for the First Circuit. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction. He is fully familiar with the facts and proceedings in this matter. He is of sound moral character and is fit to practice law before this Court, and is familiar with the rules of the United States District

Court for the District of Massachusetts. Accordingly, Plaintiff, by its counsel, respectfully requests that this Motion for Admission *Pro Hac Vice* be granted.

Dated: February 24, 2004.

> NORTH AMERICAN SPECIALTY
> INSURANCE COMPANY
>
> By its Counsel:
>
> _____
> Marshall J. Tinkle, Esq.
> BBO #565513

TOMPKINS, CLOUGH, HIRSHON
    & LANGER. P.A.
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060
(207)874-6700

NAS/M&J/MoAdmitprohacvice