# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, )<br>)<br>) *Plaintiff* )<br>v. )<br>)<br>MARY & JOSEPHINE, CORP. )<br>)<br>and )<br>)<br>MATTEO RUSSO, )<br>*Defendants* ) | Civil Action<br>Case No. 04-10374 WGY<br><br><br><br><br>ACCEPTANCE OF<br>SERVICE FOR DEFENDANT,<br>MATTEO RUSSO |

On the _____ day of March, 2004, I, Joseph Abromovitz, Esquire, duly authorized, hereby accept service of the Summons, Complaint, Motion for Admission of Leonard W. Langer, Esq. *pro hac vice*, and the Affidavit of Leonard W. Langer, Esq., on behalf of Defendant, Matteo Russo, by receiving a copy of the Summons, Complaint, Motion for Admission of Leonard W. Langer, Esq. *pro hac vice*, and the Affidavit of Leonard W. Langer, Esq., at the office of Joseph G. Abromovitz, Esquire, 858 Washington Street, Third Floor, Dedham, MA 02026. All defenses of every type and description, excepting adequacy of service, are preserved.

_____
Joseph G. Abromovitz, Esquire
BBO No. 011420
Duly Authorized Agent for Defendant,
Matteo Russo

Joseph G. Abromovitz, Esquire
858 Washington, Street, Third Floor
Dedham, MA  02026

# THE LAW OFFICE OF JOSEPH G. ABROMOVITZ, P.C.

ATTORNEYS AT LAW & PROCTORS IN ADMIRALTY

858 WASHINGTON STREET
THIRD FLOOR
DEDHAM, MASSACHUSETTS 02026
Telephone: (781) 329-1080  Facsimile: (781) 326-2157

JOSEPH G. ABROMOVITZ*
jga@jga-pc.com

MARSHA A. MORELLO
mam@jga-pc.com

*ALSO ADMITTED IN FLORIDA

Boston Office:
77 North Washington Street
Second Floor
Boston, MA 02114

March 12, 2004

Clerk of Courts
United States District Court
One Courthouse Way
Boston, MA 02110

RE: North American Specialty Insurance Company v. Mary & Josephine Corporation and Matteo Russo
Civil Action No. 01-10374 WGY

Dear Sir or Madam:

Relative to the above referenced matter enclosed herewith please find "Acceptance of Service for Defendant, Matteo Russo."

Very truly yours,
JOSEPH G. ABROMOVITZ, P.C.

Joseph G. Abromovitz

JGA/bc

cc: Leonard W. Langer, Esq.