# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, | Civil Action<br>Case No. 04-10374 WGY |
| Plaintiff | |
| v. | |
| MARY & JOSEPHINE, CORP. | ACCEPTANCE OF<br>SERVICE FOR DEFENDANT, |
| and | MARY & JOSEPHINE, CORP. |
| MATTEO RUSSO, | |
| Defendants | |

On the 9th day of March, 2004, I, Robert Laramee, Esq., duly authorized, hereby accept service of the Summons, Complaint, Motion for Admission of Leonard W. Langer, Esq. *pro hac vice*, and the Affidavit of Leonard W. Langer, Esq., on behalf of Defendant, Mary & Josephine Corp., by receiving a copy of the Summons, Complaint, Motion for Admission of Leonard W. Langer, Esq. *pro hac vice*, and the Affidavit of Leonard W. Langer, Esq., at the office of Sandler & Laramee, 28 Dale Avenue, Gloucester, MA 01930. All defenses of every type and description, excepting adequacy of service, are preserved.

Robert Laramee  BBO# 286740
Duly Authorized Agent for
Mary & Josephine Corp.

Sandler & Laramee
28 Dale Avenue
Gloucester, MA  01930