# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY )<br><br>Plaintiff )<br><br>VS. )<br><br>MARY & JOSEPHINE CORP. and MATTEO RUSSO )<br><br>Defendants ) | CIVIL ACTION NO: 04-10374WGY |

## DEFENDANT, MARY & JOSEPHINE CORP.'S, RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Now comes the defendant, Mary & Josephine Corp., pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, and states that it is a closely held Massachusetts corporation with no parent corporation and with no publicly held company owning 10% or more of its stock.

> The defendant,
> Mary & Josephine Corp.
>
> By its attorneys,
>
> THE LAW OFFICES OF RICHARD H. PETTINGELL, P.C.
>
> "/s/"
> Richard H. Pettingell – BBO # 397320
> 77 North Washington Street – Second Floor
> Boston, MA 02114
> (617) 778-0890

Dated: April 1, 2004