UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NORTH AMERICAN SPECIALTY )
INSURANCE COMPANY )
)
Plaintiff )
)
VS. ) CIVIL ACTION NO: 04-10374WGY
)
MARY & JOSEPHINE CORP. and )
MATTEO RUSSO )
)
Defendants )

### DEFENDANT'S CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 16.1(D)(3)(a & b)

The defendant, Mary & Josephine Corp., and its counsel hereby certify that they have conferred on a budget for litigation and the use of alternative dispute resolution programs pursuant to Rule 16.1(D)(3)(a & b).

By its attorneys,

THE LAW OFFICES OF RICHARD H. PETTINGELL, P.C.

_____
Richard H. Pettingell – BBO # 397320
77 North Washington Street – Second Floor
Boston, MA 02114
(617) 778-0890

        MARY & JOSEPHINE CORP.

        _Salvatore Russo_
        By: Salvatore Russo, President

Dated: April 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

_____
Richard H. Pettingell, Esquire
4/20/04