# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, | Civil Action<br>Case No. 04-CV-04-10374-WGY |
| Plaintiff | |
| v. | |
| MARY & JOSEPHINE, CORP. | |
| and | |
| MATTEO RUSSO, | |
| Defendants | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

### RULE 7.1, F.R.Civ.P.

NOW COMES Plaintiff North American Specialty Ins. Co., by and through its counsel, Tompkins, Clough, Hirshon & Langer, P.A., and pursuant to Rule 7.1, F.R.Civ.P., states that its stock is wholly owned by Swiss Re, whose shares are traded on European stock exchanges, but not on any of the stock exchanges in the United States.

DATED at Portland, Maine, this 26th day of April, 2004.

Leonard W. Langer, Esq.
Counsel for the Plaintiff,
North American Specialty Ins. Co.

Tompkins, Clough, Hirshon
   & Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
   207-874-6700

## CERTIFICATE OF SERVICE

I, Leonard W. Langer, hereby certify that on April 26, 2004, I caused to be mailed by first class mail, postage prepaid, a copy of PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT to Richard H. Pettingell, Esq., The Law Office of Richard H. Pettingell, 77 North Washington St., Second Floor, Boston, MA 02114, counsel for Defendant Mary & Josephine, Inc., and to Joseph G. Abromovitz, Esq., 858 Washington Street, Third Floor, Dedham, MA 02026, counsel for Defendant Matteo Russo.

_____
Leonard W. Langer

NAS/M&J/Corp Disc Stat.