UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26  P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff <br><br> v. <br><br> MARY & JOSEPHINE, CORP. <br><br> and <br><br> MATTEO RUSSO, <br><br> Defendants | Civil Action <br> Case No. 04-CV-04-10374-WGY |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify to the Court that they have conferred with regard to establishing a budget for the cost of conducting the litigation and the possible use of the District Court's Alternative Dispute Resolution programs.

The undersigned have also conferred with regard to the question of settlement.

DATED at Portland, Maine, this 24 day of May, 2004.

_____
Leonard W. Langer, Esq.

_____
Marshall J. Tinkle, Esq.
Bar No. 565513

Counsel for Plaintiff
North American Specialty Ins. Co.

Tompkins, Clough, Hirshon
    & Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
   207-874-6700

*[signature]*
Allan L. Leavitt
North American Specialty Ins. Co.
The Center of New Hampshire
650 Elm St.
Manchester, 03101-2524

(responsible for handling the within litigation)

CERTIFICATE OF SERVICE

I, Leonard W. Langer, Esq., hereby certify that on May 24, 2004, I caused a true copy of the within Certificate of Compliance to be mailed by First Class Mail, postage prepaid to Richard H. Pettingell, Esq., The Law Office of Richard H. Pettingell, 77 North Washington St., Second Floor, Boston, MA 02114, counsel for Defendant Mary & Josephine, Inc., and to Joseph G. Abromovitz, Esq., 858 Washington Street, Third Floor, Dedham, MA 02026, counsel for Defendant Matteo Russo.

*[signature]*
Leonard W. Langer, Esq.

NAS/M&J/Certificate of Compliance