# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NORTH AMERICAN SPECIALTY<br>INSURANCE COMPANY<br><br>                    Plaintiff<br><br>VS.<br><br>MARY & JOSEPHINE CORP. and<br>MATTEO RUSSO<br><br>                    Defendants | CIVIL ACTION NO: 04-10374WGY |

**THE PARTIES' JOINT RULE 26(f) REPORT OF**
**DISCOVERY PLANNING CONFERENCE**

Now come the parties to the above captioned matter and herewith file a report of their Rule 26(f), F.R.Civ.P., Discovery Planning Conference.

The conference took place on August 9, 2004, and all parties were represented at the conference by their respective counsel of record. After good faith discussions concerning the nature of the case and the scope of expected discovery, the parties offer the following proposed discovery plan:

   1)   All Rule 26(a)(1) disclosures shall be served on or before September 30, 2004;

   2)   All interrogatories and Rule 34 requests for production of documents shall be served on or before November 1, 2004;

   3)   All fact depositions shall be concluded on or before December 31, 2004;

   4)   Expert disclosures shall be completed on or before January 30, 2005;

   5)   All expert depositions shall be completed on or before March 15, 2005; and

6) All dispositive motions shall be filed on or before April 4, 2005.

>The Parties,
>By their attorneys
>
>NORTH AMERICAN SPECIALTY INSURANCE
>COMPANY, Plaintiff
>
>/s/   Leonard W. Langer
>Tompkins, Clough, Hirshon & Langer, P.A.
>Three Canal Plaza
>P.O. Box 15060
>Portland, ME 04112-5060
>(207) 874-6700
>
>
>MARY & JOSEPHINE CORP., Defendant
>
>/s/   Richard H. Pettingell – BBO # 397320
>Law Offices of Richard H. Pettingell, P.C.
>77 North Washington Street – Second Floor
>Boston, MA 02114
>(617) 778-0890
>
>
>MATTEO RUSSO, Defendant
>
>/s/   Joseph G. Abromovitz - BBO # 011420
>Law Offices of Joseph G. Abromovitz, P.C.
>858 Washington Street, 3rd Floor
>Dedham, MA 02026
>(781) 329-1080

Dated : August 9, 2004