UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10374-WGY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

|  |  |
|---|---|
| | \* |
| NORTH AMERICAN SPECIALTY | \* |
| INSURANCE COMPANY | \* |
|     Plaintiff | \* |
| | \* |
| V. | \* |
| | \* |
| MARY & JOSEPHINE CORPORATION and | \* |
| MATTEO RUSSO | \* |
|     Defendants | \* |
| | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

## DEFENDANT, MATTEO RUSSO'S AUTOMATIC DISCLOSURE PURSUANT TO RULE 26(a)(1)

The defendant, Matteo Russo, hereby incorporates as his automatic disclosure

the automatic disclosure submitted by defendant, Mary & Josephine Corporation on or

about April 2, 2004.

Dated:  October 4, 2004

The defendant, MATTEO RUSSO,
By his attorney,
JOSEPH G. ABROMOVITZ, P.C.

_____
Joseph G. Abromovitz
BBO No. 011420
858 Washington Street
Third Floor
Dedham, MA 02026
PHONE: (781) 329-1080

## CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, hereby certify that on the 4th day of October 2004, I

served a copy of this document by first class mail, postage prepaid to the following

counsel of record:

Leonard W. Langer, Esquire
Tompkins, Clough, Hirshon & Langer, P.A.
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060

Richard H. Pettingell, Esquire
Law Office of Richard H. Pettingell, P.C.
77 North Washington Street
Second Floor
Boston, MA 02114

_____
Joseph G. Abromovitz