## THE LAW OFFICE OF JOSEPH G. ABROMOVITZ, P.C.

ATTORNEYS AT LAW & PROCTORS IN ADMIRALTY

JOSEPH G. ABROMOVITZ*
jga@jga-pc.com

MARSHA A. MORELLO
mam@jga-pc.com

*ALSO ADMITTED IN FLORIDA

858 WASHINGTON STREET
THIRD FLOOR
DEDHAM, MASSACHUSETTS 02026
Telephone: (781) 329-1080  Facsimile: (781) 326-2157
www.jga-pc.com

Boston Office:
77 North Washington Street
Second Floor
Boston, MA 02114

July 11, 2005

Magistrate Judge Alexander
United States District Court
One Courthouse Way
Boston, MA 02110

RE: North American Specialty Insurance Company v. Mary & Josephine Corporation and Matteo Russo
Civil Action No. 01-10374 WGY

Dear Magistrate Judge Alexander:

Counsel recently received a notice scheduling the mediation before you on this matter for Tuesday, October 4, 2005. That is the first day of Rosh Hashonah (the Jewish New Year). I will be unavailable that day. It is respectfully requested that the Court schedule a new date for this mediation.

I have two trials scheduled for the week of Monday, October 10th. It is respectfully requested that the new mediation date be scheduled sometime during the week of October 17th.

Respectfully yours,
JOSEPH G. ABROMOVITZ, P.C.

Joseph G. Abromovitz

JGA/bc

cc: Leonard Langer, Esquire
Richard Pettingell, Esquire