AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY
                    PLAINTIFF
v.

MARY & JOSEPHINE CORPORATION
           AND
MATTEO RUSSO
                    DEFENDANTS

APPEARANCE

CASE NUMBER:

04-10374-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as co-counsel / successor for RICHARD PETTINGELL, ESQ. in this case for

defendant MARY & JOSEPHINE CORPORATION

November 28, 2005
Date

Bert E. Snyder
Signature   BBO #471320

BERT E. SNYDER
Print Name   LOONEY & GROSSMAN LLP

101 ARCH STREET
Address

BOSTON         MA         02110
City           State      Zip Code

617-951-2800
Phone Number

E-MAIL  BERTSNYDER@LGLLP.COM