AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY
           PLAINTIFF
v.

MARY & JOSEPHINE CORPORATION
    AND

MATTEO RUSSO
         DEFENDANTS

**APPEARANCE**

CASE NUMBER:

04-10374-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  as SUCCESSOR FOR RICHARD PETTINGELL, ESQ.

DEFENDANT MARY & JOSEPHINE CORPORATION

---

November 28, 2005
Date

Signature: Bert E Snyder
BBO #471320

Print Name: BERT E SNYDER
LOONEY & GROSSMAN LLP

Address: 101 ARCH STREET

City: BOSTON  State: MA  Zip Code: 02110

Phone Number: 617-951-2800

E-MAIL: BERT.SNYDER@LGLLP.COM