**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>NORHT AMERICAN SPECIALTY INSURANCE COMPANY</u>
        Plaintiff(s)

CIVIL ACTION

V.

NO. <u>04-10374 WGY</u>

<u>MARY & JOSEPHINE CORP. ET AL</u>
        Defendant(s)

**<u>REPORT RE: REFERENCE FOR</u>**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

<u>TO DISTRICT JUDGE YOUNG</u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On <u>December 20, 2005</u> I held the following ADR proceeding:

      _____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
      \_\_X\_\_    MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
      _____    MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]
    The parties were / were not present in person or by authorized corporate officer [except _____].
    The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

 

<u>DECEMBER 20, 2005</u>        <u>/S/ JOYCE LONDON ALEXANDER</u>
    DATE        ADR Provider
        <u>UNITED STATES MAGISTRATE JUDGE</u>

(CV04-10374 - North American - ADR Report.wpd - 4/12/2000)        [adrrpt.]