



October 3, 2003

Mr. Matt Russo
Mary & Josephine Corp.
279 Western Avenue
Gloucester, MA 01930

RE: F/V Mary & Josephine

Dear Matt:

Per our telephone conversation today, I notified Underwriters that the F/V Mary & Josephine has not been fishing since May 1, 2003 and will not fish until November, 2003. I am trying to get another Port Risk approved to your expired policy for the period May 1, 2003 to August 12, 2003. The new effective date for the next Port Risk credit is August 13, 2003. Once the vessel begins fishing again, please fill in the date below and mail this letter back to me in the enclosed envelope.

Date the F/V Mary & Josephine was tied up: August 13, 2003

Date the F/V Mary & Josephine began fishing: 12-24-03

_____          _____
Matt Russo                                    Date

If you have any questions, please do not hesitate to call.

Sincerely,

Lynanne Houde

lh
enclosure

Ocean Marine Insurance Agency, Inc.
334 Knight Street Unit 134  Warwick, Rhode Island 02886-1293

EXHIBIT NO. 8
JM SHIELDS