

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY | AUTHORIZED REPRESENTATIVE |
|---|---|---|---|
| DMM000003-01 | 08/13/03 | North American Specialty Ins. Co. | Ocean Marine Insurance Agency, Inc. |

Policy Endorsement Number 3

**NAMED INSURED**

Mary & Josephine Inc.   F/V Mary & Josephine

**COVERAGE PARTS AFFECTED**

Section I & II

**CHANGES**

It is hereby understood and agreed in consideration of a return premium of $3,117 that the F/V Mary & Josephine is covered for Port Risk only-no fishing effective August 13, 2003 to December 21, 2003.

2/16/04

Authorized Representative Signature

IL 12 01 11 85   Copyright, Insurance Services Office, Inc., 1983