# EXHIBIT “D”

**From:** Deweydog@aol.com
**Sent:** 05 December 2003 17:54
**To:** jmc@smmi.co.uk
**Subject:** Matt Ruso F/V Mary and Josephine

Janet

I have just finished going over the claim involving Matt Ruso and realized that he is covered as a crew member.His father Sal is listed as 100% ownership with Matt being the capt.Matt is listed as part owner on their other 2 vessels F/V Josephine and F/V Damiscotta. They are covered for 3/4 men on the Mary and Josephine.

Matt is currently being cared for at Beth Israel hospital in Boston Mass.I just spoke with him on the phone and he was in good spirits.He indicated that he was not going to put in a claim except his personal health insurance does not cover work related injuries. He said the he has no intention of suing and would like to make this situation as amicable as possible. He stated his injuries were as follows: fractured leg,fractured arm,torn ligaments in Knee,broken nose,and broken face bone.I informed Neil and he is going to call Matt and arrange to see him when Matt is able.

A brief synopsis of the accident:They were installing new outriggers at the dock and Matt was atop out rigger measuring the stays when the cleat holding the outrigger let go and crashed down with Matt on top of it,he fell in the water and swam 25 feet to the dock.If all goes well hopefully we can keep this claim with in reason given the nature of the injuries.

Regards

Bob McVey

P.S. I used this e-mail address because the Pt. Judith office does not work with the office E-mail. If there is any correspondence please send to office e-mail and cc this address

Have great holiday season

---

This message has been checked for all known viruses by Star Internet.

From: Craig McBurnie [cam@smmi.co.uk]
Sent: 08 December 2003 10:33
To: Bob McVey
Cc: Jmc (jmc@smmi.co.uk); lynn houde@omiainc.com
Subject: Mary & Josephine

McVEY
EXHIBIT NO. 3
9/13/05 J.M. SHIELDS

Bob,

I have been following the recent Matt Russo incident closely with Janet here and firstly I'm pleased to hear Matt is recuperating in hospital. We are trying to tie up some loose ends as this has a bearing on the handling of this claim.

Although Sal Russo, is declared as 100% owner of "Mary & Josephine Inc" on the August 2001 application form, there are references in file correspondence to Matt Russo as "owner and captain" from the likes of Marine Safety Consultants. As a result can we have confirmation that Matt has zero stock/financial involvement in the vessel?

In addition, cover at present is restricted to Port Risks only following your fax of October 3rd. Last year we did the same (as per Lynn's of 17th Sep 02) and deleted crew P&I coverage entirely until fishing recommenced. It looks we are providing Vessel P&I coverage only at present and I would say this means the crew were not covered at the time of the incident.

Janet and I await your response in due course

Regards

Craig McBurnie
Underwriter
Sunderland Marine

Per Bill,
- recs getting legal viewpoint Bob Murphy, ?
- 100% Sal Russo owner.
- Intended to claim Port Risks credit when fishing started
[initials] 8/12/03.

McVEY 4
EXHIBIT NO. 4
9/13/05 J.M. SHIELDS

OCEAN MARINE INSURANCE AGENCY, INC.

DATE: October 3, 2003

TO: Tracy Tate @ SM

FROM Lynn Houde

SUBJECT: Mary & Josephine Corp.
F/V Mary & Josephine

# OF PAGES INCLUDING THIS COVERAGE SHEET 02

___ PER OUR CONVERSATION
___ PLEASE ADVISE
✓ FOR YOUR INFORMATION
___ PER YOUR REQUEST
✓ FOR YOUR ACTION

IF ALL PAGES ARE NOT RECEIVED, PLEASE ADVISE AS SOON AS POSSIBLE. SHOULD YOU HAVE ANY QUESTIONS, PLEASE CONTACT ME.

Dear Tracy:

Insured just called to let us know the vessel has not been fishing since May 1, 2003. He forgot to call us earlier. The account did renew on 08/13/03.

The 15% Port Risk credit allowed is $3,640. Can we give another credit of $1,140 towards the expiring policy? We already gave $2,500.

Following are my calculations for your review and approval.

Also, please mark your records the F/V Mary & Josephine is not fishing as of the renewal date of 08/13/03. He will return fishing in November, 2003. Will advise the date the vessel returns fishing.

Regards,

Lynn

334 Knight Street, Unit 134, Warwick, RI 02886-1283
401-732-5300 FAX: 401-732-5310



Mary & Josephine Corp. F/V Mary & Josephine DMM0000003-00

American Institute
PORT RISK ENDORSEMENT
(January 18, 1970)

57A-5

The clauses set forth below shall prevail over any Policy provisions inconsistent therewith.

This insurance is subject to the following warranties:

(1) The Vessel shall be laid-up in the port of Gloucester, MA with liberty to shift (in tow or otherwise) between approved lay-up sites within the port or to proceed to cargo or fitting out berths within said port prior to commencing or proceeding on a voyage;

(2) The Vessel shall not be used as a storage ship or for lightering purposes;

(3) The Vessel shall undergo no repairs or alterations. In case of any breach of this warranty (3) the Vessel shall be held covered, provided (a) notice is given to the Underwriters immediately following receipt of knowledge thereof by the Assured, and (b) any amended terms of cover and any additional premium required by the Underwriters are agreed to by the Assured.

If the Vessel commences, or proceeds on, a voyage during the term of this insurance, this Policy shall thereupon terminate as soon as the Vessel leaves her moorings to depart from the above named port.

It is a further condition of this Insurance that the manner and place of lay-up of the Vessel shall continuously be subject to the approval of the Underwriters, and if the Assured shall decline or fail to carry out any recommendation made by them, from time to time, this Policy may be cancelled by notice in the manner provided for in this Policy relating to cancellation for non-payment of premium.





NAME OF ASSURED......Mary..&.Josephine.Corp,............F/V.Mary.&.Josephine

TYPE.....................Marine Insurance............................................

It is hereby understood and agreed in consideration of a return premium of $6,925 that the following changes are effective December 9, 2002 to August 13, 2003:

-This policy is hereby amended from Operational to Port Risk.

-Adding: American Institute Port Risk Endorsement (01/18/70)

-The Crew Complement is amended to:
"Crew of 1 excluding Owner(s)"

-The Navigation Limit is amended to:

"PORT RISK ONLY. WARRANTED NO FISHING."

ENDORSEMENT...Section I & II.........

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF POLICY No..DMM0000003-00

EFFECTIVE DATE OF THIS ENDORSEMENT:

..December 9..............2002.... By.......................................................

North American Specialty Insurance Co.

NORTH AMERICAN SPECIALTY INSURANCE COMPANY
650 Elm Street
Manchester, NH 03101-2524
(800) 542-9200

| Policy Number | From | To |
|---|---|---|
| DMM00003-01 | 08/13/03 | 08/13/04 |

12:01 A.M. Standard Time at the Address of the Insured assigned herein

Transaction

RENEWAL

| Named Assured and Mailing Address | Producer |
|---|---|
| Mary & Josephine Corp.<br>179 Western Avenue<br>Gloucester, MA 01930 | Producer Code: 20018-01<br>Ocean Marine Insurance Agency<br>334 Knight Street, Unit 134<br>Warwick, RI 02886<br>Telephone: (401) 732-5300 |

Vessel: F/V Mary & Josephine

## COMMERCIAL FISHING VESSEL POLICY DECLARATIONS

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage for which a premium is indicated. This premium may be subject to adjustment.

| Coverage | Amount Insured/Rate | | Premium |
|---|---|---|---|
| Hull & Machinery | $400,000 Rate: 3.7188% Ded: $5,000 | $ | 14,875 |
| Prot & Ind | $250,000 Ded: $1,500/5,000 | $ | 9,625 |
| Single Int Mortgage | $99,489 | $ | Included |
| War Risk Hull | $400,000 CSL | $ | 200 |
| War Risk P&I | $250,000 CSL | $ | 240 |
| No Claims Bonus | 25% | $ | -3,718 |

MCVEY
EXHIBIT NO. 7
9/13/05 J.M. SHIELDS

OCEAN MARINE INS. AGENCY, INC.
Building #1, 3rd Floor
334 Knight Street, Warwick, RI 02886-1250
Phone (401) 732-5300 Fax (401) 732-5310
www.omiainc.com

Policy Premium $ 21,222

$

FACULTATIVE

Navigation Territory: See Taylor Form SP-39C Line 173
Navigation Period: N/A

Conditions (per forms and endorsements attached):

| | | | | |
|---|---|---|---|---|
| Special Conditions Taylor SP-39C | A.I. Hull War Risk (12/01/77) | Named Insured Endorsement | Pollution Exclusion Exclusion of Certified | Endorsement Acts of Terrorism |
| A.I.S.I.M.(07/01/63) F.P.A. Machinery | A.I.M.U P&I Clauses (06/02/83) | Occupational Disease Exclusion | NAS-TERR-009 | (11/02) |
| Endorsement Loss of Earnings Endorsement | A.H.I.S. War Risk P&I (01/18/70) | CL356A CL365 | | |

Loss Payee: See Taylor Form SP-39C Lines 7-9

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

Issued Date: 08/12/03

In [illegible] Whereof, the Issuing Company has [illegible]

Mary T. Woschnil
Assistant Secretary

Robert M. Solitro
President

NORTH AMERICAN
SPECIALTY INSURANCE COMPANY

COVERAGES

| [illegible] | | Rate | Deductible | [illegible] |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] |
| [illegible] | [illegible] | | | [illegible] |
| [illegible] | [illegible] | | | [illegible] |
| [illegible] | [illegible] | | | [illegible] |
| | | | No Claims [illegible] | [illegible] |
| Total | | | | [illegible] |

[illegible] amount in the Coverage column indicates no coverage under this policy

In consideration of the premium above stated, Policy No. [illegible]

[illegible] North American Specialty Ins. Co

[illegible] Marie Josephine Corp

[illegible] address is 279 Western Avenue
Gloucester, MA [illegible]

[illegible] for the term of Noon August 13, 2003 to August 13, 2004 at the place of issuance, for the amount [illegible] above. Subject to the terms and the conditions as attached hereto



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLICY CHANGES

Policy Change Number: N/A

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| [illegible]-01 | 03/13/03 | North American Specialty Ins. Co. |

| NAMED INSURED | | AUTHORIZED REPRESENTATIVE |
|---|---|---|
| Mary & Josephine Corp. | F/V Mary & Josephine | Ocean Marine Insurance Agency, Inc. |

COVERAGE PARTS AFFECTED

Section I & II

CHANGES

The corporate named Assured and word Assured where used in this policy includes not only individuals endorsed thereon by name but also any Partner, Executive Officer, Director or Stockholder of such Assured as is now or may hereafter be considered.

Authorized Representative Signature

... supersede any conflicting conditions found in any of the attached policies, clauses or endorsements.

... This policy shall not respond for any claim for loss, or damage to or expenses in connection ... winches, masts and boom, rigging and their appurtenances) occurring ... engaged in fishing or trawling operations and/or operations incidental thereto, unless the ... that such loss, damage or expense was caused soley by fire, lightening or explosion, or caused by ... sinking due to a peril insured against or in collision with any object other than the water.

... This insurance shall not cover charges, damages of loss in consequence of seizure, or detention for ... of any illicit or prohibited trade nor for entering nor for the consequence of entering prohibited fishing ... of any port regulation nor for any claims for wages, or provisions furnished to officers, or ... the property insured hereunder may be detained as a result of any violation, seizure, detention or loss or ... during any subsequent salvage and/or repairs.

... This insurance is warranted free from all claims of whatever nature in connection with cargo.

... It is understood and agreed that should any part of the vessel, her apparel, furniture, fixtures, ... or gear be separated and laid up on shore during the period of this policy, including fishing ... tackle laid up on shore during the period of this policy, including fishing gear and tackle laid up on shore ... such time only as the vessel herself is laid up and out of commission, then this policy shall cover the same ... fire only for an amount not to exceed the proportion of 15% of the insured value of the vessel.

... VESSEL HULL AMENDMENT: It is hereby understood and agreed Line 11 of the Taylor Form 1953(Rev. 70) is ... following clause substituted in lieu thereof;

"Hull, tackle, apparel, equipment, stores on board, furniture, fixtures, fishing gear and tackle while on board and boats including fishing gear and tackle therein while on board or attached to the davits of the fishing vessel."

... machinery, refrigerating machinery and insulation, winches, motor generators and other electrical machinery and everything connected therewith."

... steering gear shall be deemed to be part of the Hull and not the Machinery."

... The assured shall within forty-eight hours after arrival in port, report any loss or damage and shall ... notice thereof by telegraph and mail to the Broker of Record, Ocean Marine Insurance Agency Inc. 334 Knight St., ... and in no event will any claim be admitted by this company unless such notice in writing has been ... from the occurrence of same.

... The assured shall render every assistance to facilitate investigation or adjustment of claims ... effecting of settlements and to co-operate fully in the securing of evidence, the attendance of witnesses and ... of information in defending such claims, including the prosecuting of appeals, it being understood that failure to comply fully with the provisions of this paragraph shall render the policy null and void and that, in the ... obligation of any character shall rest upon the company.

... The company agrees to accept this insurance on the basis of the premium being calculated on the ... complement of crew declared at the inception of the risk, with additional crew held covered. Any additional ... above the normal complement of crew declared at the inception of the risk will be held covered for an additional premium. It is the Assured's responsibility to promptly notify the company of any such additional crew on board the vessel.

... Notwithstanding the Free of Capture, seizure, etc., warranty contained herein it is agreed that the Assured ... and indemnified as shipowner in respect of liabilities and expenses which he shall have become liable to ... shall have in fact paid in respect of the vessel named herein for the following:

Loss of damage caused by or indirectly due to contact with any mine, torpedo, bomb or other munitions or engines ... in any war or during hostilities, war-like operations, civil war, revolution, rebellion, ... civil strife arising therefrom, prior to inception of risks hereunder.

... This insurance may be canceled at any time by the Underwriters upon twenty (20) days written notice. The ... to the Assured's last address known to them. If notice is mailed, proof of mailing will be ... insurance may be canceled by the Assured upon twenty (20) days written notice to the Underwriters. ... the Underwriters, a pro-rata return of premium will be issued. If canceled by the Assured, ... premium will be issued. This cancellation provision in no way affects any wording of the ... calling for automatic termination or cancellation of the insurance.

North American Specialty Ins. Co

SP - 39C

[illegible] stipulations, terms and conditions hereinafter mentioned, this company

279 Western Avenue Gloucester, MA 01930

FIRST AMERICAN CREDIT, ACA [illegible] MA

FIRST INSURANCE FUNDING CORP P.O. BOX 3306 NORTHBROOK, IL 60065

[illegible] Fishing Vessel - Documentation #603558 - called: F/V MARY & JOSEPHINE

[illegible] engines, boilers, machinery, appurtenances, equipment, stores, boats and furniture.

[illegible] of August 2003 Beginning and ending

[illegible] of August 2004 at noon standard time at place of issuance.

| [illegible] | RATE | PREMIUM | AGREED VALUATION |
|---|---|---|---|
| [illegible] | 3.7188 | $ 14,875 | $ 400,000 |

[illegible] the adventures and perils which this company is contented to bear and take upon itself, they are of the [illegible] fire, lightning, earthquake, assailing thieves, jettison, barratry of the master and mariners and all [illegible] shall come to the hurt, detriment or damage of the vessel named herein.

[illegible] covers loss of or damage to the vessel named herein caused by explosion on shipboard or [illegible]

[illegible] also covers loss of or damage to the vessel named herein directly caused by:

[illegible] loading, discharging or handling cargo, or in bunkering;

[illegible] on or off, or while on drydocks, graving docks, ways, marine railways, gridirons or [illegible]

[illegible] generators or other electrical machinery and electrical connections thereto, bursting of [illegible] of shafts, or any latent defect in the machinery or hull, (excluding the cost and expense of [illegible] repairing the defective part);

[illegible] of or accidents to nuclear installations or reactors not on board the vessel named herein;

[illegible] aircraft, rockets or similar missiles, or with any land conveyance;

[illegible] charterers and/or repairers, provided such charterers and/or repairers are not Assured(s) [illegible]

[illegible] of master, mariners, engineers or pilots;

[illegible] loss or damage has not resulted from want of due diligence by the Assured, the owners or managers [illegible] of them

[illegible] average, salvage and special charges payable as provided in the contract of affreightment, or fail- [illegible] there be no contract of affreightment, payable in accordance with the laws and usages [illegible] of New York. Provided always that when an adjustment according to the laws and usages of the [illegible] properly demanded by the owners of the cargo, general average shall be paid in accordance [illegible]

[illegible] further agreed that if the vessel named herein and/or her tow, if any, shall come into collision with any [illegible] vessel other than her tow, if any, and the assured in consequence of the vessel named herein being at [illegible] liable to pay and shall pay by way of damages to any other person or persons any sum or sums in respect [illegible] Company will pay its proportion of such sum or sums so paid as the amount insured of hereunder bears [illegible] of the vessel named herein, provided always that this Company's liability in respect of any one such [illegible] not exceed the amount insured hereunder. And in cases where the liability of the vessel named herein has [illegible] proceedings have been taken to limit liability, with the consent in writing of this Company, this [illegible] like proportion of the costs which the assured shall thereby incur, or be compelled to pay; but when [illegible] to blame, then, unless the liability of the owners of one or both such vessels becomes limited by law, claims [illegible] liability clause shall be settled on the principle of cross-liabilities as if the owners of each vessel [illegible] to the owners of the other of such vessels such one-half or other proportion of the latter's [illegible] been properly allowed in ascertaining the balance or sum payable by or to the assured in consequence [illegible] Provided always that this clause shall in no case extend to any sum which the assured may directly, [illegible] or become liable to pay or shall pay for: removal, destruction or abatement of, or any [illegible] to remove, destroy or abate obstructions or wrecks and/or their cargoes or any hazard [illegible] loss of, or damage to, or expense, including demurrage and/or loss of use thereof, in connection with [illegible] object, property or thing of whatever nature (excepting other vessels and property thereon); loss of [illegible] cargo, baggage or engagements of the vessel named herein or of her tow; or for loss of life of, or [illegible] And provided also that in the event of any claim under this clause made by [illegible] owners of the vessel named herein, he shall not be entitled to recover in respect of any liability to [illegible] the vessel which would not be subject, nor to a greater extent than the owners would be entitled in [illegible]

*Total and/or constructive total loss only

[illegible] it shall be lawful and necessary for the assured [illegible] factors, servants and assigns, to [illegible] in the defense, safeguard and recovery of the vessel named herein, or any part thereof, [illegible] to the charges whereof this Company will contribute as hereinafter provided. It is [illegible] the assured or this Company, or their agents, in recovering, saving and preserving the property [illegible] shall not be considered a waiver or an acceptance of an abandonment, nor as affirming or [illegible] this policy; but such acts shall be considered as done for the benefit of all concerned, and [illegible] of either party.

[illegible] which may result in a claim under this policy the assured shall [illegible] notice thereof and reasonable opportunity to be represented on a survey of the damage, [illegible] surveyor, which two surveyors shall proceed to draw specifications as to the extent of the [illegible] required to make the damage good. If the two surveyors agree, such specifications shall be [illegible] the Company and the assured, subject nevertheless to policy terms and conditions and the question [illegible] the disaster and resulting loss or damage are covered by this policy. In the event the two surveyors [illegible] agree, they shall select an umpire, and in the event they cannot agree upon an umpire, either party [illegible] apply to the United States District Court for the district in which the home port of the vessel named [illegible] for the appointment of an umpire, pursuant to the United States Arbitration Act. The decision of the [illegible] shall have the same force and effect as the specifications aforesaid. When specifications have [illegible] in either of the modes aforesaid, if the Company shall be dissatisfied with the terms which the assured [illegible] for the repair of the damage as specified by said suvrey, then this Company may require the surveyors or the [illegible] submit the specifications prepared as aforesaid to such shipyard, repair men, boat builders and shipwrights, [illegible] selected by such surveyors or the umpire, with a request for bids for such repairs. If after reception [illegible] the assured shall elect to accept some other bid than that of the lowest bidder, this Company [illegible] for its proportion of so much of the sum actually expended to effect repairs specified [illegible] its account as does not exceed said lowest bid. In no event however shall this Company [illegible] amount in excess of its proportion of the amount actually expended by the assured in effecting such [illegible]

[illegible] With respect to physical loss or damage to the vessel named herein this Company shall be liable only for [illegible] proportion of such loss or damage as the amount insured hereunder bears to the agreed valuation.

[illegible] In the event of expenditure under the sue and labor clause, this Company will pay the proportion of such [illegible] that the amount insured hereunder bears to the agreed valuation of the vessel named herein, or that the amount [illegible] hereunder, less loss and/or damage payable under this policy, bears to the actual value of the salved vessel, [illegible] proportion shall be less.

[illegible] When the contributory value of this vessel named herein is greater than the agreed valuation stated herein the liability [illegible] for general average contribution (except in respect of amount made good to the vessel) or salvage shall [illegible] that proportion of the total contribution due from the vessel that the amount insured hereunder bears to the [illegible] and if because of damage for which this Company is liable as particular average the value of the vessel [illegible] reduced for the purpose of contribution, the amount of the particular average claim under this policy shall be [illegible] from the amount insured hereunder and this Company shall be liable only for the proportion which such net [illegible] bears to the contributory value.

[illegible] of $5000 shall be deducted from the total amount of any or all claims (including claims for [illegible] labor, collision liability, general average and salvage charges) resulting from any one accident. This deduction does [illegible] to claims for total or constructive total loss. For the purpose of this clause each accident shall be treated [illegible] separately, but it is agreed that a sequence of damages arising from the same accident shall be treated as due to [illegible] that accident.

[illegible] In case of loss, such loss to be paid in thirty days after satisfactory proof of loss and interest shall have been made [illegible] and presented to this Company, (the amount of any indebtedness due this company from the assured of any other party [illegible] interested in this policy being first deducted).

[illegible] Upon making payment under this policy the Company shall be vested with all of the assured's rights of recovery [illegible] against any person, corporation, vessel or interest and the assured shall execute and deliver instruments and papers and [illegible] whatever else is necessary to secure such rights.

[illegible] Any agreement, contract or act, past or future, expressed or implied, by the assured whereby any right of recovery [illegible] of the assured against any vessel, person or corporation is released, decreased, transferred or lost which would, on [illegible] payment of claim by this Company, belong to this Company but for such agreement, contract or act shall render this [illegible] policy null and void as to the amount of any such claim, but only to the extent and to the amount that said agreement, [illegible] contract or act releases, decreases, transfers, or causes the loss of any right of recovery of this Company but the [illegible] Company's rights to retain or recover the full premium shall not be affected.

[illegible] This Company shall have the option of naming the attorneys who shall represent the assured in the prosecution or [illegible] of any litigation or negotiations between the assured and the third parties concerning any claim, loss or interest [illegible] by this policy, and this company shall have the direction of such litigation or negotiations. If the assured shall fail [illegible] to settle any claim as authorized by the Company, the liability of the Company to the assured shall be limited to [illegible] for which settlement could have been made.

[illegible] this policy that no suit, action or proceeding for the recovery of any claim for physical loss of or [illegible] the vessel named herein shall be maintainable in any court of law or equity unless the same be commenced [illegible] next after the calender date of the happening of the physical loss or damage out of which the [illegible] however, that if by the laws of the State within which this policy is issued such limitation is [illegible] shall be void unless such action, suit or proceeding be commenced within the shortest limit of [illegible] of such State, to be fixed herein.

... policy and sue and labor expenses have been reasonably incurred in excess ... the amount payable under this policy will be the proportion of such expenses ... deduction for loss or damage) bears to the agreed valuation or the sound value ... at the time of the accident, whichever value was greater.

... shall not be liable for unrepaired damage in addition to a total or ...

... constructive total loss shall be had hereunder unless the expense of recovering and repairing the ... shall exceed the agreed valuation.

... whether the vessel named herein is a constructive total loss the agreed valuation shall be taken ... value, and nothing in respect of the damaged or break-up value of the vessel or wreck shall be taken into account.

In the event of total or constructive total loss, no claim is to be made by this Company for freight, whether notice of ... has been given or not.

... deviation beyond the navigation limits provided herein shall void this policy; but on the return of the vessel in a ... condition within the limits herein provided, this policy shall reattach and continue in full force and effect, but ... the termination of this policy.

... that there shall be no other insurance covering physical loss or damage to ... than that which is provided in lines 15 through 33 hereof but permission is granted to carry ... insurance whatever kind or nature not covered by this policy or additional amounts of insurance of the kind or ... by this policy other than as provided in lines 15 through 33.

This insurance shall be void in case this policy or vessel named herein, shall be sold, assigned, transferred or ... if there is any change of management or charter of the vessel, without the previous consent in writing of this Company.

Notwithstanding anything to the contrary contained in this policy, this insurance is warranted free from any claim ... damage or expense caused by or resulting from capture, seizure, arrest, restraint or detainment, or the consequences thereof or of any attempt thereat, or any taking of the vesssel, by requisition or otherwise, whether in time of peace or war and whether lawfull or otherwise; also from all consequences of hostilities or warlike operations (whether there be a declaration of war or not), but the foregoing shall not exclude collision or contact with aircraft, rockets or similar missiles, or with any fixed or floating objects (other than a mine or torpedo), stranding, heavy weather, fire or ... unless caused directly (and independently of the nature of the voyage or service which the vessel concerned or, in the case of collision, any other vessel involved therein, is performing) by a hostile act by or against a belligerent power, and for the purpose of this warranty "power" includes any authority maintaining naval, military or air forces in association with a power; also warranted free whether in time of peace or war, from all loss, damage or expense caused by any weapon of war employing atomic or nuclear fission and/or fusion or other reaction or radioactive force or matter.

Further warranted free from the consequences of civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or piracy.

If war risks are hereafter insured by endorsement on the policy, such endorsement shall supersede the above warranties only to the extent that their terms are inconsistent and only while such war risk endorsement remains in force.

Warranted free of loss or damage in consequence of strikes, lockouts, political or labor disturbances, civil commotions, riots, martial law, military or usurped power or malicious acts.

Either party may cancel this policy by giving ten day's notice in writing; if at the option of this Company pro rata ... at the request of the assured short rates, will be charges-and-arrival.

NAVIGATION LIMITS - SPECIAL CONDITIONS - ENDORSEMENTS, ETC.

Navigation limit understood to be confined to the Atlantic Ocean, including its tributary waters, not east of 60 degrees West Longitude nor north of 44 degrees North Latitude, nor south of 35 degrees North Latitude, however, permitted to trade other waters solely to procure bait and supplies.

See attached Special Conditions, Clauses and Endorsements.

... Policy No. ... of the North American Specialty Ins. Co.

[illegible]

[illegible] damage to machinery [illegible]

[illegible]

Date printed: August 12, 2003

[illegible]

[illegible] Policy No. DM[illegible]

[illegible] American Specialty Ins. Co.

[illegible] DMM0000043-01 of the North American Specialty Ins. Co.

[illegible] FIRST PIONEER FARM CREDIT, ACA
P.O. BOX 720
MIDDLEBORO, MA 02346

[illegible] for the interest described below, said Mortgagee being herein referred to as "the Assured"

[illegible] Mortgagee of the vessel F/V MARY & JOSEPHINE [illegible]

[illegible]

[illegible] NINETY-NINE THOUSAND FOUR HUNDRED EIGHTY-NINE AND 00/100 Dollars ***

[illegible] NINETY-NINE THOUSAND FOUR HUNDRED EIGHTY-NINE AND 00/100 Dollars ***

[illegible] the unpaid principal amount of a valid mortgage held by the Assured on the Vessel, reducing pro rata [illegible] account of the mortgage indebtedness. This Policy also insures interest earned and unpaid to date of [illegible] with the unpaid balances, shall not exceed the sum insured hereunder.

[illegible] 15th day of August, 2003, Eastern Standard time
[illegible] 15th day of August, 2004, Eastern Standard time

[illegible] consideration of this insurance $ as agreed
[illegible] % per annum of the sum initially at risk hereunder.

[illegible] (other than for non-payment of premium) may be cancelled by either party on 30 days notice in writing. Such notice, [illegible] Underwriters, shall be deemed to have been given at such time as written notice shall have been mailed to the Assured at [illegible] telegraphic notice sent thereto. A written or telegraphic notice sent through the brokers who negotiated this [illegible] these Underwriters, shall operate to effect cancellation of this Policy in the same manner as if [illegible] Unearned premium to be returned in the event of cancellation by either party as aforesaid.

[illegible] non-payment of premium 30 days after attachment, this Policy may be cancelled by these Underwriters upon 5 days' [illegible] Assured in the form provided for above. Such proportion of the premium, however, as shall have been [illegible] the time of such cancellation shall be due and payable; but in the event of payment by these Underwriters of the sum [illegible] by underwriters of the Hull Policy of a claim asserted thereunder for any liability, loss, damage [illegible] the Vessel occurring or arising prior to cancellation, the full annual premium shall be deemed as earned.

[illegible] in writing by these underwriters, the insurance afforded by this Policy shall terminate in the event that there [illegible] or otherwise in the ownership of the vessel or it has been placed under new management or chartered [illegible] on that basis.

[illegible] condition of this insurance that during the term of this Policy:
[illegible] covered by policies of insurance on the form and in the amount specified below

[illegible] DMM0000043-01 Taylor SP-39C Hull Value $400,000

[illegible] which are herein referred to collectively and [illegible]

(Continued on following page)

[illegible] by underwriters of the Hull Policy, of a claim [illegible] during the term of this Policy, which [illegible] in the Hull Policy, or breach of any warranty [illegible]

[illegible] breach of warranty occurred without the consent or privity of the Assured [illegible]

[illegible] does not cover:

[illegible] a claim for any liability, loss, damage or expense, or any part thereof

[illegible] the Hull Policy or which would be collectible thereunder except for the insolvency of the underwriters [illegible]

[illegible] under the Hull Policy by reason of any deductible or franchise included therein; or

[illegible] satisfied, removed or discharged prior to payment of a claim hereunder; or

[illegible] out of the insolvency of the owner of the vessel

[illegible] contribute to, pro rata or otherwise, underwriters of the Hull Policy.

[illegible] any claim hereunder, unless waived by these Underwriters:

[illegible] of the Hull Policy must have denied the claim for any liability, loss, damage or expense which is the subject [illegible] and

[illegible] shall have instituted suit against such underwriters to collect such claim.

[illegible] payment of a loss under this Policy, shall, to the extent of such payment, be subrogated to all of the [illegible] the Hull Policy, the Mortgage on the Vessel and any note or bond secured thereby, and under any other [illegible] security for the repayment of the mortgage indebtedness. On the request of these Underwriters, the [illegible] deliver all documents necessary to effect a valid assignment of the said policy, mortgage, note or bond, and [illegible] security as aforesaid, and of all the right, title and interest of the Assured therein. Any net sum [illegible] the amount due to them by reason of their rights of subrogation as aforesaid shall be held [illegible]

[illegible] which does or could give rise to a claim under this Policy, the Assured shall not in any way, whether by act [illegible] these Underwriters' rights of subrogation as aforesaid. Any claim under this Policy shall be reduced to the [illegible] subrogation have been impaired.

[illegible] as soon as practicable, report to these Underwriters any denial of liability by the Underwriters of the policies [illegible] a claim thereunder which denial could result in a claim under this Policy

[illegible] Assured shall arrange for attendance at any hull survey of a surveyor appointed by these Underwriters.

[illegible] are to be regarded as substituted for those of the policy to which it is attached, the latter being [illegible] required by law to be inserted in this Policy

[illegible] for purposes of convenient reference only and are not to be deemed part of this Policy

[illegible]

[illegible]

[illegible]

[illegible]

[illegible] particular average [illegible] claim [illegible] insurance shall pay [illegible] payment of $28,000 [illegible]

[illegible]

[illegible] TERMS AND CONDITIONS REMAIN UNCHANGED

[illegible] ATTACHED TO AND MADE PART OF [illegible] DAMA0000003-01

[illegible] August 13, 2003

North American Specialty Ins. Co.

... made part of Policy No. DMM00000003-01 of the North American Specialty Ins. Co. ... Mary & Josephine Corp.

... subject to the exclusions set forth herein, covers only those risks which would be covered by the ... (including collision liability) in the absence of the WAR, STRIKES AND RELATED EXCLUSIONS clause ... which are excluded thereby and which risks shall be construed as also including:

1. ... mine, bomb or torpedo not carried as cargo on board the vessel;
2. Any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter;
3. Civil war, revolution, rebellion, insurrection, or civil strife arising therefrom;
4. Strikes, lockouts, political or labor disturbances, civil commotions, riots, martial law, military or usurped power;
5. Malicious acts or vandalism to the extent only that such risks are not covered by the attached Policy;
6. Hostilities or warlike operations (whether there be a declaration of war or not) but this paragraph (6) shall not ... collision or contact with aircraft, rockets or similar missiles, or with any fixed object, or stranding, heavy weather, fire or explosion unless caused directly by a hostile act by or against a belligerent power ... independent of the nature of the voyage or service which the Vessel concerned or, in the case of a collision, any other Vessel involved therein, is performing. As used herein, "power" includes any authority maintaining naval, military or air forces in association with a power.

EXCLUSIONS

... does not cover any loss, damage or expense caused by, resulting from, or incurred as a consequence of:

1. ... hostile detonation of any weapon of war described above in paragraph (2);
2. ... outbreak of war (whether there be a declaration of war or not) between any of the following countries: United States of America, United Kingdom, France, the Union of Soviet Socialist Republics or the Peoples's Republic of China;
3. ... or demurrage;
4. ... requisition or preemption;
5. ... arrest, restraint, or detainment under customs or quarantine regulations and similar arrests, restraints or detainments not arising from actual or impending hostilities;
6. ... capture, seizure, arrest, restraint, detainment, or confiscation by the Government of the United States or of the ... in which the Vessel is owned or registered.

HELD COVERED AND OTHER PROVISIONS

The held covered clause appearing under the heading ADVENTURE in the attached Policy is deleted and the following clause substituted therefore:

"Subject to the provisions of the Automatic Termination and Cancellation Clause below, held covered in the event of any breach of conditions as to loading or discharging of cargo at sea, or towage or salvage activities ... given to the Underwriters immediately following receipt of knowledge thereof by the ... and any amended terms of cover and any additional premium required by the Underwriters are agreed to by the assured."

If at the natural expiry time of this insurance the Vessel is at sea, this insurance will be extended, provided previous notice be given to the Underwriters, for an additional premium at a rate to be named by the Underwriters, until midnight ... of the day on which the Vessel enters the next port to which she proceeds and for 24 hours thereafter, but ... shall such extention affect or postpone the operation of the Automatic and Cancellation Clauses ...

... abandonment in case of capture, seizure or detention, until after condemnation of the property insured. ... of the attached Policy with respect to constructive Total Loss shall apply only to claims arising from ... to the Vessel.



[illegible] the occurrence of any [illegible] which [illegible] destination may [illegible] and whether [illegible] the Vessel has [illegible]

[illegible] unless sooner terminated by the provisions of section A or C, shall terminate [illegible] automatically upon and simultaneously with the outbreak of war, whether there be a declaration of war or not, [illegible] of the following countries: United States of America, United Kingdom, France, the Union of Soviet [illegible] the People's Republic of China.

[illegible] and any extension thereof, unless sooner terminated by section A or B, shall terminate automatically [illegible] the Vessel is requisitioned, either for title or use.

[illegible] and any extension thereof may be cancelled at any time at the Assured's request, or by Underwriters [illegible] notice being given to the Assured, but in no event shall such cancellation affect or postpone [illegible] of the provisions of section A, B or C. Written or telegraphic notice sent to the Assured at his (its) [illegible] address shall constitute a complete notice of cancellation and such notice mailed or telegraphed to [illegible] of the Broker who negotiated this insurance, shall have the same effect as if sent to the [illegible]. The mailing of notice as aforesaid shall be sufficient proof of notice and the effective date [illegible] cancellation shall be 14 days from midnight Local Time of the day such notice was mailed or [illegible]. Underwriters agree, however, to reinstate this insurance subject to agreement between [illegible] and the Assured prior to the effective date and hour of such cancellation as to new rate of premium [illegible] warranties.

[illegible]

[illegible] PREMIUM clause of the attached Policy is deleted and the following substituted therefore -

"[illegible] termination or cancellation of this insurance under the provisions of sections [illegible] or if the vessel should be sold, pro rata net return of premium will be payable to the Assured, provided [illegible] that a Total Loss of the Vessel has not occurred during the currency of this Policy. In no [illegible] shall there be any return of premium."

[illegible] SHALL NOT BECOME EFFECTIVE IF, PRIOR TO THE INTENDED TIME OF ITS ATTACHMENT, THERE [illegible] ANY EVENT WHICH WOULD HAVE AUTOMATICALLY TERMINATED THIS INSURANCE UNDER THE [illegible] HEREOF HAD THIS INSURANCE ATTACHED PRIOR TO SUCH OCCURRENCE.



[illegible] CLAUSES

[illegible] DMM0000003-01 of North American Specialty Ins. Co., hereinafter [illegible]

[illegible] SUBSTITUTED FOR THOSE OF THE POLICY FORM TO WHICH [illegible]

[illegible] THE PURPOSES OF REFERENCE ONLY AND ARE NOT TO BE USED TO [illegible]

[illegible] Mary & Josephine Corp
[illegible] Western Avenue
Gloucester, MA 01930

[illegible] The Underwriters waive all rights of subrogation against affiliated or subsidiary companies [illegible] only to the extent that the liabilities of such companies are uninsured.

[illegible] will indemnify the Assured in respect of the matters set forth at lines 46 through 76, below, subject [illegible] in respect of the F/V MARY & JOSEPHINE of 97 gross registered tons hereinafter, the [illegible] more than one vessel is named, all clauses shall apply as though a separate Policy had been issued for [illegible]

[illegible] August 13 2003 at noon o'clock Eastern Standard time and expires on August 13 2004 at noon o'clock Eastern Standard time. Should the vessel be at sea at the expiration of [illegible] or at a port of refuge or call, she shall be held covered until she reaches her port of destination [illegible] notice be given to the Underwriters and provided the Assured agrees to any amended terms of [illegible] additional premium if required by the Underwriters.

[illegible] OF LIABILITY

[illegible] hereunder in respect of all consequences of any one casualty or occurrence, including defense costs, shall not [illegible] the sum of $250,000 less any applicable deductible, regardless of how many separate injuries or [illegible] out of such casualty or occurrence.

[illegible]

[illegible] from the total amount payable by the underwriters with respect to all claims, including costs [illegible] arising from any one casualty or occurrence:

[illegible] 1,500 with respect to those claims for loss of life, bodily injury or illness, and

[illegible] 5,000 with respect to all other claims;

[illegible] HOWEVER, that the maximum deductible for any one casualty or occurrence shall not exceed the [illegible] amounts

[illegible]

[illegible] a [illegible] paid premium of $ As Agreed for this insurance, payable as follows:

In full on inception

[illegible]

[illegible] chartered or requisitioned this Policy shall terminate on the date and at the hour when [illegible] of the Vessel is effective and the Underwriters will return premium on a pro rata daily net basis for the [illegible] term. If the Policy is cancelled by the Assured, the Underwriters will return premium on the usual short rate [illegible] for the unexpired term. If the Policy is cancelled by the Underwriters they will return premium on a pro [illegible] net basis for the unexpired term.

[illegible] CANCELLATION

[illegible] be cancelled by the Underwriters or by the Assured upon fifteen days written or telegraphic notice. [illegible] Underwriters may send notice to the Assured's last address known to them, or to the broker of record at the time [illegible] given. At noon local time at the place of sending of the notice on the fifteenth day after such notice [illegible] been mailed, telegraphed or telexed, the Policy shall cease to be in effect. The Policy may also be cancelled [illegible] mutual agreement of the Assured and the Underwriters.

[illegible] WARRANTY

[illegible] that the Vessel shall be confined to

[illegible] to be confined to the Atlantic Ocean, including [illegible] of [illegible] degrees West Longitude nor north of 44 [illegible] North Latitude, nor south of 35 degrees North Latitude, however, [illegible] to procure bait and supplies

... the Underwriters agree to indemnify the Assured for any sums ... shall have become liable to pay, and shall have paid, in respect of any ... the currency of the Policy but only in consequence of any of the matters set forth here- ... that if the interest of the Assured is or includes interests other than the owner of the Vessel, ... shall not be greater than if the Assured was the Owner entitled to all defenses and limita- ... entitled.

... paid under any compensation act.

... expense necessarily and reasonably incurred with respect to loss of life, bodily injury ... any person.

... burial expense not to exceed $1,000 per person.

... crew member, excepting such as arise from the termination of any agreement in ... with its terms, or the sale of the vessel or other voluntary act of the Assured. Wages may be included ... when a statute requires payment of wage while awaiting and during repatriation.

... damage of any fixed or movable object or property, howsoever caused, excepting however, damage to another ... or any property aboard it caused by collision with the Vessel.

... incidental to, any attempted or actual removal or disposal of obstructions, wrecks or their ... power or otherwise pursuant to law, provide, however, that there shall be deducted from ... expense, the value of any salvage from the wreck inuring to the benefit of the Assured or any ...

... including expenses reasonably incurred in avoiding or mitigating same, for the violation of ... of the United States, or any State thereof, or of any foreign country, provided, however, that the ... shall not be liable to indemnify the Assured against any such fines or penalties resulting directly or ... the failure, neglect, or default of the Assured or his managing officers or managing agents to excercise ... diligence to prevent a violation of any such laws.

... expense arising from an outbreak of contagious disease, provided that the Vessel was not ... acting on behalf of the Assured to proceed to a port where such disease was known or supposed ...

... incurred with the written consent of the Underwriters, or reasonably incurred prior to receipt of advices ... investigation and defense of claims, valid or not, within the scope of the Policy.

... incurred solely for the purpose of putting in to land an injured or sick seaman or passenger, and the ... Assured in respect of bunkers, insurance, stores and provisions as the result of the deviation.

...

... anything to the contrary elsewhere herein the Underwriters will not indemnify the Assured in ... following matters
... assumed under contract or otherwise.

... imposed on the Assured as punitive or exemplary damages, however described.

... liability for any loss of, damage to, or expense in respect of, cargo or other property (including baggage and personal effects of passengers, mail, and parcel post) carried, to be carried, or which had been carried on board the Vessel, except, however, such liability imposed under the doctrine of cross liabilities for cargo on ... for which there is no coverage under any other Policy held by the Assured.

... claim for any loss of, damage to, or expense in respect of property owned, leased, chartered ... the Assured.

... unlawful trade or performance of an unlawful act with knowledge of the Assured.

... breach of any contract.

...

... insolvency of the Assured, its agents or others.

... charges, special charges, general average, freight, detention, demurrage or loss of use, of the Vessel.

... liability for, or any loss, damage, or expense arising from or accruing by reason of the towage of any other ... emergency towage of a vessel in distress at sea to a port or place of safety, except, ... shall not apply to claims for loss of life, or bodily injury to, or illness of any person. ... deemed to be towage undertaken as a salvage service while the Vessel is on a voyage wholly ... such service.

... any loss, damage or expense while engaged in, or resulting from, any commercial diving ... the Vessel, except, however, any liability incurred when the Vessel's crew is ... repair of the Vessel which could not be deferred until commercial divers were available

[illegible] damage, injury or expense resulting from nuclear radiation, fission or fusion [illegible] damage, injury or expense has been caused directly or indirectly or has arisen from any matter [illegible] responsibility or otherwise, and whether the nuclear event be controlled or un-[illegible]

[illegible] any loss, damage, injury or expense caused by, resulting from or incurred by reason of any [illegible] following:

[illegible] detainment, confiscation, preemption, requisition or national-[illegible] consequences thereof or any attempt thereat, whether in time of peace or war and whether [illegible]

[illegible] war employing atomic or nuclear fission and/or fusion or other reaction or radioactive [illegible] matter, or by any mine, bomb or torpedo;

[illegible] or warlike operations (whether there be a declaration of war or not), but the phrase, "hostilities [illegible] warlike operations (whether there be a declaration of war or not)", shall not exclude collision or contact [illegible] aircraft, rockets or similiar missiles or with any fixed or floating object, heavy weather, fire [illegible] unless caused directly (independently of the nature of the voyage or service which the watercraft [illegible] or in the case of a collision, any other vessel involved herein, is performing) by a hostile act by [illegible] against a belligerent power; for the purpose of the foregoing, power includes any authority maintaining [illegible] military or air forces in association with a power. In addition to the foregoing exclusion, this in-[illegible] shall not cover any loss, damage or expense to which a warlike act or the use of military or naval [illegible] a contributing cause, whether or not the Assured's liabilty therefore is based on negligence or [illegible] and whether in time of peace or war. The embarkation, carriage and disembarkation of troops, [illegible] or material of war, or the placement of the watercraft in jeopardy as an act of measure of war [illegible] actual process of a military engagement, with or without the consent of the Assured, shall be [illegible] a warlike act for the purposes of this Policy;

[illegible] consequences of civil war, revolution, rebellion, insurrection, military or usurped power, the imposition [illegible] or civil strife arising therefrom, or piracy; or from any loss, damage or expense caused by [illegible] directly or indirectly from the act or acts of one or more persons, whether or not agents of a [illegible] power, carried out for political, ideological or terrorist purposes, and whether any loss, damage [illegible] resulting therefrom is accidental or intentional.

[illegible] act or vandalism, strikes, lockouts, political or labor disturbances, civil commotions, riots, or [illegible] person or persons taking part in such occurrence or disorder.

[illegible] for, or any loss, damage, cost, expense, fine or penalty of any kind or nature whatsoever, whether [illegible] or otherwise, incurred by or imposed on the Assured, direct or indirectly, in consequence of, or with [illegible] the actual or potential discharge, emission, spillage or leakage upon or into the seas, waters, land or [illegible] of any kind or nature whatsoever.

## GENERAL CONDITIONS

[illegible]

[illegible] of this Policy that the Assured give prompt notice to the Underwriters of any casualty or occurrence which may result in a claim under this Policy.

[illegible] OF PROCESS

[illegible] of this Policy that the Assured forward to the Underwriters, promptly upon receipt, copies of all [illegible] legal process and pleadings relating to any casualty or occurrence which may result in a claim under this Policy.

SETTLEMENT OF CLAIMS

[illegible] of the Policy that the Assured shall not make any admission of nor agree to assume any laibility [illegible] after any casualty or occurrence which may result in a claim under this Policy.

[illegible] of this Policy that the Assured shall take such steps to minimize and avoid liability, before and after [illegible] casualty or occurrence, as would be taken by a prudent uninsured person.

[illegible] Underwriters shall have the option of naming the attorneys who shall represent the Assured in the prose-[illegible] defense of any litigation or negotiations between the Assured and the third parties concerning any claim [illegible] this policy, and in any event, the Underwriters shall direct the progress of such litigation or nego-[illegible]

[illegible] Assured shall fail, or refuse, to settle any claim authorized by the Underwriters, the liability of the Under-[illegible] limited to the amount for which settlement could have been made plus legal fees and disbursements [illegible] to the date the Assured fails or refuses to settle any such claim, less the amount of any deductible provided [illegible] this policy. If thereafter any amount is recovered against the Assured in excess of the amount of any settle-ment authorized by the Underwriters (less the deductible), such excess amount, plus any additional legal fees and [illegible] shall be solely for account of the Assured.

[illegible]

[illegible] in securing information, evidence, obtaining witnesses, and shall cooperate with the Under-[illegible] in the defense of any claim or suit in the appeal from any judgement in respect of any casualty or occurrence [illegible] provided.

[illegible]

[illegible] shall be subrogated to all the rights which the Assured may have against any other person or entity, [illegible] payment made under this Policy, to the extent of such payment, and the Assured shall, upon the [illegible] execute and shall deliver such instruments and papers as the Underwriters shall require [illegible] necessary to secure such rights. In the event of any agreement or act, past or future, by the [illegible] recovery of the Assured against any person or entity is released or lost to which the [illegible] would be entitled to subrogation, but for such agreement or act, the Underwriters [illegible] under this Policy to the extent that their rights of subrogation have been impaired [illegible] of the Underwriters to retain or collect any premium paid or due hereunder shall

[illegible]

[illegible]

[illegible]

[illegible]

[illegible] DMM0000063-01 of the North American Specialty Ins. Co.

Mary & Josephine Corp
[illegible] Western Avenue
Gloucester MA 01930

F/V MARY & JOSEPHINE

[illegible] the liability of the assured for Protection and Indemnity Risks excluded from Marine Protection and Indemnity [illegible] companies in the United States by the following or a substantially similar F.C. & S. Clause:

"[illegible] contained in this policy, no liability attaches to the company, directly or indirectly, for or in respect of any [illegible] by reason of any taking of the vessel by requisition or otherwise, civil war, revolution, rebellion, or insurrection, [illegible] capture, seizure, arrest, restraint or detainment, or the consequences thereof or of any attempt thereat or sustained in [illegible] action by force of arms, including mines and torpedoes or other missiles or engines of war, whether of enemy or [illegible] in consequence of placing the vessel in jeopardy as an act or measure of war taken in the actual process of a military [illegible] embarking or disembarking troops or material of war in the immediate zone of such engagement; and any such loss, damage [illegible] from this policy without regard to whether the Assured's liability therefore is based on negligence or otherwise, and which [illegible] a declaration of war."

[illegible] liability of the assured arising out of strikes, riots and civil commotions and for contractual repatriation expenses of any [illegible] of the crew as a result of perils excluded by the aforesaid F.C.&S. Clause.

[illegible] the same percentage interest under these clauses as accepted under the Hull War Risks and Strikes Clauses.

[illegible] in respect of any one accident or series of accidents arising out of the same casualty [illegible] Hereinafter.

[illegible] the Underwriters shall be liable under these clauses shall not be subject to any deduction.

[illegible] shall terminate automatically at the same time as the insurance afforded by the Hull War Risks and Strikes [illegible] contained in the Automatic Termination and Cancellation provisions of said Clauses.

[illegible] Clause F, in event of loss or shipwreck of the vessel from any cause prior to the natural expiry time or automatic termination of this policy, this insurance shall continue to cover the liability of the assured to the crew of the insured vessel, subject to its terms [illegible] and at an additional premium if so required by Underwriters, until the crew shall be either discharged or landed at a port or place [illegible] the owners or charterers are obliged to bring them.

[illegible] provisions all liabilities covered by the Second Seaman's form of policy are excluded from this insurance.

[illegible] remaining unchanged.

Signed

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible] August 13, 2003

North American Specialty Ins. Co.

*NORTH AMERICAN*
*SPECIALTY INSURANCE COMPANY*
*MANCHESTER, NH*

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

A. The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

1. The act resulted in aggregate losses in excess of $5 million; and
2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

B. The following exclusion is added:

CERTIFIED ACT OF TERRORISM EXCLUSION

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

C. Application Of Other Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.



# COVER NOTE

POLICY NUMBER: [illegible]

IN ACCORDANCE WITH YOUR INSTRUCTIONS WE HAVE EFFECTED INSURANCE AS FOLLOWS:

ASSURED: Mary & Josephine Corp
27 Western Avenue
Gloucester, MA 01930

VESSEL(S): F/V Mary & Josephine

PERIOD: 13th August 2003 to 13th August 2004

INTEREST: Protection and Indemnity including Excess Collision, Tower's and Crew Liabilities.

UNINSURED: $750,000 excess of $250,000 each vessel

INSURED WITH: Lloyds of London

CONDITIONS: All terms, clauses and conditions as per primary Policy(ies).
Institute Service of Suite Clause (U.S.A.) CL355.
Cancellation Notice Clause (856ROP00182)
Additional Terms and Conditions.
Crew of 3-4 excluding Owner(s).
Excluding Terrorism

PREMIUM: [illegible]

# ENDORSEMENT # 1

Date
AUG 13 03

| Name and Address of Broker | Name and Address of Insured |
|---|---|
| [illegible] | Mary & Josephine Corp.<br>279 Western Avenue<br>Gloucester MA 01930 |
| Name of Insurance Company<br>[illegible] | Policy Number DMM0000003-01<br>Policy Period (Effective) AUG 13 03 (Expiration) AUG 13 04 |
| Effective Date and Time of Change<br>AUG 13 03 | New Premium (If changed) |

## INSTITUTE EXTENDED RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE

This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith.

1 In no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from:

1.1 ionising radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel.

1.2 the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof.

1.3 any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter.

1.4 the radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter. The exclusion in this sub-clause does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored, or used for commercial, agricultural, medical, scientific or other similar peaceful purposes.

CL356A

## INSTITUTE CHEMICAL, BIOLOGICAL, BIO-CHEMICAL, ELECTROMAGNETIC WEAPONS AND CYBER ATTACK EXCLUSION CLAUSE

This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith.

1 In no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from:

1.1 any chemical, biological, bio-chemical or electromagnetic weapon

1.2 the use or operation, as a means for inflicting harm, of any computer, computer system, computer software programme, computer virus or process or any other electronic system.

CL365

(Authorized Signature)

# ENDORSEMENT # 2

Date [illegible]

| Name and Address of Broker | Name and Address of Insured |
| --- | --- |
| [illegible] | [illegible] |
| Name of Insurance Company | Policy Number [illegible] |
| [illegible] | Policy Period (Effective) [illegible] (Expiration) [illegible] |
| Effective Date and Time of Change [illegible] | New Premium (if changed) |

## POLLUTION EXCLUSION ENDORSEMENT

In consideration of the premium charged, it is understood and agreed that any loss, damage, liability or expense caused by, resulting from, or incurred in consequence of the discharge, spillage, emission, or leakage of oil, petroleum products, chemicals or other substances of any kind or description whatsoever and including the destruction of vessels or property arising out of any action taken to avoid, minimize or remove such discharge, spillage, emission, or leakage which might otherwise be recoverable hereunder is hereby excluded from coverage under this policy.

Authorized Signature

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLICY CHANGES

Policy Endorsement
Number 3

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| DMM0000003-01 | 08/13/03 | North American Specialty Ins. Co. |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| Mary & Josephine Inc. F/V Mary & Josephine | Ocean Marine Insurance Agency, Inc. |

COVERAGE PARTS AFFECTED

Section I & II

CHANGES

It is hereby understood and agreed in consideration of a return premium of $3,117 that the F/V Mary & Josephine is covered for Port Risk only-no fishing effective August 13, 2003 to December 21, 2003.

Authorized Representative Signature

Issued 2/16/04

 Copyright, Insurance Services Office, Inc., 1983