UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10374-WGY

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                              *
NORTH AMERICAN SPECIALTY                      *
INSURANCE COMPANY                             *
      Plaintiff                               *
                                              *
V.                                            *
                                              *
MARY & JOSEPHINE CORPORATION    and           *
MATTEO RUSSO                                  *
      Defendants                              *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

DEFENDANTS' AMENDMENT TO JOINT PRE-TRIAL MEMORANDUM

Now come the defendants and move to amend the joint pre-trial filed on March 28, 2006 by the following addition:

    Paragraph 11 proposed Exhibits b

    x – Mary & Josephine Corporate documents relevant to Matteo Russo's corporate relationship or lack thereof.

    The Defendant,
    Mary & Josephine Corporation,
    By its attorney,

    /s/ Bertram E. Snyder
    Bertram E. Snyder, Esquire
    BBO No. 471320
    Looney & Grossman LLP
    101 Arch Street
    Boston, MA 02110
    Phone:  617-951-2800

2

        Matteo Russo,
        By his attorney,
        JOSEPH G. ABROMOVITZ, P.C.

        _____/s/ Joseph G. Abromovitz_____
        Joseph G. Abromovitz, Esquire
        BBO No. 011420
        858 Washington Street, 3rd Floor
        Dedham, MA 02026
        Phone: (781) 329-1080

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non registered participants.

Leonard W. Langer, Esquire
Tompkins, Clough, Hirshon & Langer, P.A.
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060

        _/s/ Bertram E. Snyder_____
        Bertram E. Snyder