UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, | ) ) ) | Civil Action Case No. 04-CV-04-10374-WGY |
| Plaintiff | ) | |
| v. | ) ) | |
| MARY & JOSEPHINE CORP. | ) ) | |
| and | ) ) | |
| MATTEO RUSSO, | ) | |
| Defendants | ) | |

**STIPULATION OF DISMISSAL**

NOW COME the parties herein, by and through their undersigned counsel, and pursuant to Rule 41(a), F.R.Civ.P., hereby stipulate to the dismissal of the within matter *With Prejudice and Without Costs* to any party.

DATED: June 15, 2005.

                                                /s/   Leonard W. Langer, Esq.
                                                Counsel for North American Specialty
                                                Insurance Company

Tompkins, Clough, Hirshon
   & Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
  207-874-6700

Dated:  June 15, 2006

                                  /s/   Bertram E. Snyder
                                  BBO # 471320
                                  Counsel for Mary & Josephine Corp.

Looney & Grossman
101 Arch Street
Boston, MA 02110-1112
(617) 951-2800
BertSnyder@lgllp.com

Dated:  June 15, 2006

                                  /s/   Joseph G. Abromovitz
                                  BBO # 011420
                                  Counsel for Matteo Russo

Law Offices of Joseph G. Abromovitz, P.C.
858 Washington Street, 3rd Floor
Dedham, MA 02026
(781) 329-1080
jga@jga-pc.com


NAS/M&J
Stip of Dism